UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61231-CIV-DAMIAN

JOSHUA ELYASHIV, individually and
on behalf of all others similarly situated,

    Plaintiff,
v.

COASTAL PALMS REALTY, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 10], filed November 20, 2024. The Court notes Defendant, Costal Palms Realty, Inc., had not yet filed an answer or a motion for summary judgment. Being fully advised, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (B), it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE** in accordance Plaintiff's Notice. The Clerk is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT** and any deadlines previously set are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 21st day of November, 2024.

                                                              _____
                                                              MELISSA DAMIAN
                                                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of record